UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        10-mc-90-PB

<u>John M. Parenteau</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 1, 2011, no objection having been filed, for the reasons set forth therein.

SO ORDERED.

March 22, 2011          <u>/s/ Paul J. Barbadoro</u>
                                          Paul J. Barbadoro
                                          United States District Judge

cc:   T. David Plourde, Esq.
      John M. Parenteau, Pro Se